United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-17402-elf
Robert G. Goe                                                           Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 2           Date Rcvd: Nov 01, 2016
                              Form ID: pdf900           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2016.
```
db             +Robert G. Goe,    139 Westdale Road,    Upper Darby, PA 19082-1433
cr             +Pennsylvania Housing Finance Agency,    c/o Leon P. Haller, Esq.,    1719 North Front Street,
                 Harrisburg, PA 17102-2305
13614717       +Comcast Cablevision,    4008 N. Dupont Highway,    New Castle,, DE 19720-6320
13614718        Crozer Taylor Springfield,    Attention: Billing Department,    One Medical Center Boulevard,
                 Upland, PA  19013-3995
13614719        Crozer Taylor Springfield Atten: Billin,    One Medical Center Boulevard,
                 Upland, PA  19013-3995
13614720       +DCMH - Billing,    501 N. Lansdowne Avenue,    Drexel Hill, PA 19026-1114
13614721      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court:  Direct TV Customer Service,    P.O. Box 92600,
                 Los Angeles, CA  90009)
13614722       +Eastern Account System,    75 Glen Road, Suite 110,    Sandy Hook, CT 06482-1175
13614723      ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
               (address filed with court:  Focus Receivables Management LLC,    P.O. Box 725069,
                 Atlanta, GA  31139)
13614724       +Oxford Management Services,    135 Maxess Road,    Melville, NY 11747-3801
13614726       +Quality Asset Recovery,    7 Foster Avenue, Suite 101,    Gibbsboro, NJ 08026-1191
13614727        Strafford Career Institute,    1 Champlain Commons, ULnit 3,    P.O. Box 1560,
                 Saint Albans, VT  05478-5560
13641238       +U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, Pennsylvania 17101-1466
13614728       +USCB,   P.O. Box 1259, Dep't #25271,    Oaks, PA 19456-1259
13614729       +Verizon,    120 East Lancaster Avenue,    Ardmore, PA 19003-3209
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Nov 02 2016 02:05:27      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 02 2016 02:05:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 02 2016 02:05:21      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13614725        E-mail/Text: blegal@phfa.org Nov 02 2016 02:05:19      Pennsylvania Housing Finance Agency,
                 211 North Front Street,    P.O. Box 15057,    Harrisburg, PA  17105-5057
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13614716     ##++++CBE GROUP,    131 TOWER PARK DR STE 100,    WATERLOO IA  50701-9374
               (address filed with court:  CBE Group,    131 Towe Park Drive, Suite 1,    Waterloo, IA  50702)
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                                   Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: DonnaR             Page 2 of 2           Date Rcvd: Nov 01, 2016
                              Form ID: pdf900          Total Noticed: 19
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2016 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              VAUGHN A. BOOKER    on behalf of Debtor Robert G. Goe vbs00001@aol.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                               TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ROBERT G. GOE                                Chapter 13


                         Debtor              Bankruptcy No. 15-17402-ELF


<u>Order Dismissing Chapter 13 Case and</u>
<u>Directing Counsel to File Master Mailing List</u>

     **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

     **ORDERED**, that any wage orders are hereby vacated.


**Date: November 1, 2016**
                                        _____
                                        Eric L. Frank
                                        ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
VAUGHN A. BOOKER ESQ
1420  WALNUT STREET  STE 815

PHILADELPHIA, PA 19102-


Debtor:
ROBERT G. GOE

139 WESTDALE ROAD

UPPER DARBY, PA 19082